**Stanley Earl WINSTON, Plaintiff—Appellant,**

v.

**Charlene GRICE, Defendant—Appellee,**

and

**Medical University of South Carolina; President of the Medical University of South Carolina; Dean of the Arts and Sciences Department; Chairman of the Biology Department; Ceo of the Medical Division at the Medical University of South Carolina at Charleston, Defendants.**

No. 08–6233.

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2008.

Decided: May 29, 2008.

Stanley Earl Winston, Appellant Pro Se. Robert Lilley Jackson, Stephanie Pendarvis McDonald, Sandra Jane Senn, Senn, McDonald & Leinback, LLC, Charleston, South Carolina, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Earl Winston appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Winston v. Grice,* No. 3:06–cv–03567–TLW, 2008 WL 216399 (filed Jan. 24, 2008 & entered Jan. 25, 2008). We deny Winston's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*